SC-104

| | |
|---|---|
| **PROOF OF SERVICE**<br>**(SMALL CLAIMS)** | **FOR COURT USE ONLY** |

**United States District Court, Northern District of California**
STREET ADDRESS: 1301 Clay St. Suite 400 S
MAILING ADDRESS: 1301 Clay St. Suite 400 S
CITY AND ZIP CODE: Oakland 94612
BRANCH NAME: Ronald V. Dellums Federal Building

PLAINTIFF *(name each)*: Kelsey Thayer
DEFENDANT *(name each)*: Doximity, Inc.

CASE NUMBER: 3:26-cv-01206

| PROOF OF SERVICE (Small Claims) | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref. No. or File No.: 4:26-cv-01206-KAW |
|---|---|---|---|---|---|

*(Before you fill out this form, read* Information of the Small Claims Plaintiff *(form SC-150) for instructions. A separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the following:
   **Complaint; Summons in a Civil Action**
   *The court may issue a warrant for failure to appear only if the order for examination is personally served by a registered process server, sheriff, marshal, or person specifically appointed by the court - Code Civ. Proc. § 708.170.)*

3. a. Party served *(specify name of party as shown on documents served)*:
      **Doximity, Inc.**
   b. Person actually served: (1) [X] party in item 3a   (2) [ ] other *(specify name and relationship to the person served to the party named in item 3a)*:

4. Address where service was made: **330 N Brand Blvd, Glendale, CA 91203**

5. I served the party *(check all that apply)*:
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on *(date)*: **02/18/2026** at *(time)*: **8:37 AM**
   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2a, b, or d with or in the presence of the person indicated in item 3b(2):
      (1) [ ] **(business or public entity)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX

SC-104 [Rev. January 1, 2009]

**PROOF OF SERVICE**
**(Small Claims)**

Page 1 of 2
Code of Civil Procedure.
§§ 116.340, 415.10, 415.20
Tracking #: 0209353371

REF: **4:26-cv-01206-KAW**

| PLAINTIFF/PETITIONER: Kelsey Thayer | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Doximity, Inc. | 3:26-cv-01206 |

OR

5. b. (5) [ ]  form SC-104A, *Attachment to Form SC-104: Proof of Mailing After Substituted Service (Small Claims), is attached.*
(If you did not mail copies of the documents in item 2, have the person who mailed them complete form SC-104A and attach.)

6. **Person who served papers**

   a. Name: **Ekaterina Kugayevskaya**
   b. Address: **132 S Jackson St, 9, Glendale, CA 91205**
   c. Telephone number:
   d. The fee for service was: **$ 76.00**
   e. I am:

   (1) [ ] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server:

   |  | | | | | |
   |---|---|---|---|---|---|
   | (i) | [ ] owner | [ ] employee | [X] independent contractor. | For: | **ABC Legal Services, LLC** |
   | (ii) | [X] Registration No.: | **2025262107** | | Registration #: | **6779** |
   | (iii) | [X] County: | **County of Los Angeles** | | County: | **Los Angeles** |

   BY FAX

7. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

8. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 02/18/2026

_____
**Ekaterina Kugayevskaya**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

SC-104 [Rev. January 1, 2009]

**PROOF OF SERVICE**
**(Small Claims)**

Page 2 of 2

REF: **4:26-cv-01206-KAW**

Tracking #: **0209353371**

