1  J. Jonathan Hawk (SBN 254350)
   jhawk@mcdermottlaw.com
2  Arianna R. Swazer (SBN 359884)
   aswazer@mcdermottlaw.com
3  **MCDERMOTT WILL & SCHULTE LLP**
   2049 Century Park East, Suite 3200
4  Los Angeles, CA  90067-3206
   Telephone:    1 310 277 4110
5  Facsimile:    1 310 277 4730

6  Attorneys for Defendant DOXIMITY, INC.

7  Frank S. Hedin (SBN 291289)
   fhedin@hedinllp.com
8  **HEDIN LLP**
   1395 Brickell Ave., Suite 601
9  Miami, FL  33131-3302
   Telephone:    1 305 357 2107
10

11 Attorneys for Plaintiff KELSEY THAYER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KELSEY THAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOXIMITY, INC.<br><br>Defendant. | CASE NO.   3:26-cv-01206-TLT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DOXIMITY, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Kelsey Thayer ("Plaintiff"), on the one hand, and Defendant Doximity, Inc. ("Doximity"), on the other (each a "Party," and together, the "Parties"), by and through their respective attorneys of record, hereby stipulate that Doximity's deadline to respond to Plaintiff's Class Action Complaint (the "Complaint") shall be extended by thirty (30) days, from March 11, 2026, to and including April 10, 2026;

WHEREAS, on February 9, 2026, Plaintiff filed her Class Action Complaint in this Court against Doximity (ECF 1), and Plaintiff effectuated service of the summons and Complaint on

- 2 -

1  February 18, 2026 (ECF 6);

2  WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the current deadline for Doximity to
3  respond to the Complaint is Wednesday, March 11, 2026;

4  WHEREAS, undersigned counsel for Doximity was only recently engaged, and the current
5  response deadline does not provide Doximity with sufficient time to investigate and prepare a
6  response to the allegations in the Complaint;

7  WHEREAS, the Parties, by and through their counsel, have agreed to provide Doximity with
8  an extension of time of thirty (30) days, to and including April 10, 2026, to answer or otherwise
9  respond to the Complaint;

10  WHEREAS, no prior extensions of time have been sought or obtained by Doximity in this
11  matter, the Parties do not enter into this Stipulation for the purpose of delay, and the Court has not
12  yet scheduled any other pre-trial or trial dates;

13  WHEREAS, no Party will be prejudiced by the stipulated extension;

14  **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** that
15  Doximity's deadline to respond to the Complaint shall be extended by thirty (30) days, from
16  March 11, 2026, to and including April 10, 2026.

17  **IT IS SO STIPULATED.**

18

19  Dated: March 10, 2026                         **MCDERMOTT WILL & SCHULTE LLP**

20

21                                               By: */s/ J. Jonathan Hawk*
22                                                   J. Jonathan Hawk
                                                     Attorneys for Defendant DOXIMITY, INC.
23

24                                               **HEDIN LLP**

25

26                                               By: */s/ Frank S. Hedin*
27                                                   Frank S. Hedin
                                                     Attorney for Plaintiff KELSEY THAYER
28

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, J. Jonathan Hawk, attest that concurrence in the filing of this JOINT STIPULATION TO EXTEND TIME FOR DOXIMITY, INC. TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a) has been obtained from the other signatory.

By: */s/ J. Jonathan Hawk*
J. Jonathan Hawk