J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Arianna R. Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730

Attorneys for Defendant DOXIMITY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KELSEY THAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOXIMITY, INC.<br><br>Defendant. | CASE NO. 3:26-cv-01206-TLT<br><br>**DEFENDANT DOXIMITY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*[Filed concurrently with Doximity, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1); Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6); Declaration of J. Jonathan Hawk; [Proposed] Order]*<br><br>Date:          July 14, 2026<br>Time:          2:00 p.m.<br>Courtroom:     9 – 19th Floor<br>Judge:         Hon. Trina L. Thompson<br><br>Complaint Filed:   February 9, 2026 |

## I.    INTRODUCTION

Exhibit A is already incorporated by reference into Plaintiff's Complaint via its extensive citation to and reliance on its contents, and thus properly considered in connection with Doximity, Inc.'s ("Doximity") concurrently filed motions to dismiss. *See*, *e.g.*, *Fraley v. Facebook, Inc.*, 830 F. Supp. 2d 785, 794-95 (N.D. Cal. 2011). In the alternative, Doximity nonetheless respectfully requests that the Court grant its Request for Judicial Notice ("RJN") and consider that Exhibit A attached to the accompanying Declaration of J. Jonathan Hawk (the "Hawk Decl.").

## II.    LEGAL STANDARD

Pursuant to Federal Rule of Evidence 201, "a court may take judicial notice of facts not subject to reasonable dispute because they (1) are generally known within the court's territorial jurisdiction, or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Vignola v. Fat Brands, Inc.*, No. CV 18-7469 PSG (PLAX), 2020 WL 1934976, at *3 (C.D. Cal. Mar. 13, 2020) (citing to Fed. R. Evid. 201(b)). Courts routinely take judicial notice of publicly filed SEC documents, including Form 10-Ks, at the pleading stage. See, e.g., *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 (9th Cir. 2008) (judicial notice of SEC filings proper); *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 (9th Cir. 2006) (same).

## III.    ARGUMENT

**Exhibit A** is a copy of a 10-K that Doximity filed with the U.S. Securities and Exchange Commission ("SEC") in 2025. (Hawk Decl. ¶ 2, Ex. A.) "Courts have held SEC filings to be matters of public record and properly subject to judicial notice." *Vignola*, 2020 WL 1934976, at *3; *see also Dreiling*, 458 F.3d at 946 n.2 (9th Cir. 2006) (stating that the court "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings."); *Weller v. Scout Analytics, Inc.*, 230 F. Supp. 3d 1085, 1094 n.5 (N.D. Cal. 2017) (SEC filings, as matters of public record, are appropriate for judicial notice). Accordingly, the Court can judicially notice Exhibit 1.

## IV.    CONCLUSION

For the foregoing reasons, **Exhibit A** attached to the Hawk Declaration is properly subject to judicial notice and should be considered by the Court in connection with Doximity's Motion to Dismiss.

- 1 -

Dated: April 10, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: ___ *J. Jonathan Hawk* _____
         J. Jonathan Hawk

Attorneys for Defendant DOXIMITY, INC.

- 2 -