J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Arianna R. Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:    1 310 277 4110
Facsimile:    1 310 277 4730

Attorneys for Defendant DOXIMITY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KELSEY THAYER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DOXIMITY, INC. <br><br> Defendant. | CASE NO. 3:26-cv-01206-TLT <br><br> **DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF DEFENDANT DOXIMITY, INC.'S MOTIONS TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** <br><br> *[Filed concurrently with Doximity, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1); Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6); Request for Judicial Notice; [Proposed] Order]* <br><br> Date:    July 14, 2026 <br> Time:    2:00 p.m. <br> Courtroom:    9 – 19th Floor <br> Judge:    Hon. Trina L. Thompson <br><br> Complaint Filed:    February 9, 2026 |

**DECLARATION OF J. JONATHAN HAWK**

I, J. Jonathan Hawk, declare as follows:

1.      I am an attorney at law duly authorized to practice law in the State of California. I am a partner with the law firm McDermott Will & Schulte LLP, and counsel of record for Defendant Doximity, Inc.  If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge or based upon my review of the files and records maintained by McDermott Will & Schulte LLP in the regular course of its representation of Doximity.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Doximity, Inc.'s 2025 Form 10-K filed with the United States Securities and Exchange Commission ("SEC") on May 20, 2025.[1]

3.      This is the Form 10-K cited numerous times and its contents relied on in Plaintiff's Complaint in this matter, and is thus properly considered in connection with Doximity's concurrently filed motions to dismiss as having been incorporated into the Complaint by reference. *See*, *e.g.*, *Fraley v. Facebook, Inc.*, 830 F. Supp. 2d 785, 794-95 (N.D. Cal. 2011).

4.      Doximity's Form 10-K can be considered in this regard without needing to judicially notice it, but Doximity is in the alternative requesting that it be judicially noticed as well.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of April 2026, in Pasadena, California.


___*J. Jonathan Hawk*_____
J. Jonathan Hawk

---

[1] Exhibit A is available at the URL: https://investors.doximity.com/financials/sec-filings/sec-filings-details/default.aspx?FilingId=18485424 (accessed April 10, 2026).

- 1 -