J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Arianna R. Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730

Attorneys for Defendant DOXIMITY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KELSEY THAYER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOXIMITY, INC.<br><br>　　　　　Defendant. | CASE NO. 3:26-cv-01206-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DOXIMITY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>*[Filed concurrently with Doximity, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1); Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6); Request for Judicial Notice]*<br><br>Date:　　　　　July 14, 2026<br>Time:　　　　　2:00 p.m.<br>Courtroom:　　9 – 19th Floor<br>Judge:　　　　Hon. Trina L. Thompson<br><br>Complaint Filed:　February 9, 2026 |

**[PROPOSED] ORDER**

The Motion of Defendant Doximity Inc.'s ("Defendant") to Dismiss Plaintiff Kelsey Thayer's Class Action Complaint Pursuant to FRCP 12(b)(6) came on for hearing on July 14, 2026, at 2:00 p.m. in Courtroom 9 of the United States District Court for the Northern District of California, San Francisco Division, upon notice duly served. Having read and reviewed Defendant's motion and all supporting papers, as well as any opposition and any reply thereto, and having heard argument of counsel, the Motion to Dismiss is GRANTED.

Accordingly, it is HEREBY ORDERED that Kelsey Thayer's claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
                                                    Honorable Trina L. Thompson
                                                    Judge of the United States District Court

- 1 -