J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
Arianna R. Swazer (SBN 359884)
aswazer@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730

Attorneys for Defendant DOXIMITY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| KELSEY THAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOXIMITY, INC.<br><br>Defendant. | CASE NO.   4:26-cv-01206-TLT<br><br>**DEFENDANT DOXIMITY, INC.'S CORPORATE DISCLOSURE STATEMENT** |
|---|---|

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Doximity, Inc. hereby states that Doximity, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: none.

The undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: April 10, 2026                              **MCDERMOTT WILL & SCHULTE LLP**


By: ___ *J. Jonathan Hawk* _____
                Jonathan Hawk
                Attorneys for DOXIMITY, INC.

- 2 -