Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Telephone:  + 1 (305) 357-2107
Email: fhedin@hedinllp.com

*Attorney for Plaintiff Thayer and the Putative Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY THAYER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DOXIMITY, INC.,<br><br>    Defendant. | Case No.  3:26-cv-01206-TLT<br><br>**PLAINTIFF'S CIVIL LOCAL RULE 3-15 STATEMENT OF INTERESTED PARTIES** |

**PLAINTIFF'S CIVIL LOCAL RULE 3-15 STATEMENT OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non- financial interest in that subject matter or in a party that could be substantially affected by the

1

outcome of this proceeding: Plaintiff; Defendant and its related entities as designated; Hedin, LLP, Frank S. Hedin, attorney for Plaintiff; and Ilan Lavian, local counsel for Plaintiff.

Dated:  April 17, 2026                    **HEDIN LLP**

By:    /s/ *Frank S. Hedin*
Frank S. Hedin

2