UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELSEY THAYER               ,

Plaintiff(s),

v.

DOXIMITY, INC.               ,

Defendant(s).

Case No. 3:26-cv-01206-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Tyler Somes_____, an active member in good standing of the bar of Texas_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff_____ in the above-entitled action. My local co-counsel in this case is Ilan Lavian_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 354592_____.

1100 15th Street NW, Suite 4-105K
Washington DC 20005
MY ADDRESS OF RECORD

(202) 900-3332
MY TELEPHONE # OF RECORD

tsomes@hedinllp.com
MY EMAIL ADDRESS OF RECORD

10680 W. Pico Blvd, Suite 270, Los Angeles, CA 90064
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 800-1468
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ilan@LavianPC.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24110385_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/15/2026

Tyler Somes
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tyler Somes is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    April 20, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2