Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:   (305) 357-2107
Email:        fhedin@hedinllp.com

*Attorney for Plaintiff Kelsey Thayer
and the Putative Class*

J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Arianna R. Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 1 310 277 4110
Facsimile: 1 310 277 4730

*Attorneys for Defendant DOXIMITY, INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY THAYER, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br>    v.<br><br>DOXIMITY, INC.,<br><br>        Defendant. | Case No. 3:26-cv-01206-TLT<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING PAGE LIMITS FOR PLAINTIFF'S OPPOSITION TO MOTIONS TO DISMISS** |

Pursuant to Civil Local Rule 7-12, Plaintiff Kelsey Thayer ("Plaintiff"), on the one hand, and Defendant Doximity, Inc. ("Doximity"), on the other (each a "Party," and together, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree to allow Plaintiff to file one single Opposition to Defendant's two Motions to Dismiss that shall not exceed 50 pages in length.

WHEREAS, the Defendant filed two separate Motions to Dismiss on April 10, 2026 (ECF Nos. 13, 14);

WHEREAS, Civil Local Rule 7-2(b) sets a page limit of 25 for all motions;

WHEREAS, Civil Local Rule 7-3(1) sets a page limit of 25 for all opposition briefs;

WHEREAS, Plaintiff is presently entitled to file two 25-page opposition briefs to the Motions to Dismiss pursuant to the Civil Local Rules;

WHEREAS, Plaintiff believes that combining the two opposition briefs into one motion in opposition to both of Defendant's Motions to Dismiss will eliminate repetitiveness and streamline the proceedings for the Court and the Parties alike;

WHEREAS, Counsel for the Parties conferred on April 22, 2026, to discuss the matter of Plaintiff filing one Opposition to Defendant's Motions to Dismiss not to exceed 50 pages in length;

WHEREAS, Defendant does not oppose Plaintiff filing one Opposition to Motions to Dismiss that shall not exceed 50 pages in length;

JOINT STIPULATION AND PROPOSED
ORDER REGARDING PAGE LIMITS
CASE NO. 3:26-CV-01206-TLT

WHEREAS, no Party will be prejudiced by the Plaintiff filing one opposition brief not to exceed 50 pages in length,

WHEREAS, nothing in this stipulation seeks to change the requirements in the Civil Local Rules regarding Doximity's contemplated, separate reply briefs in support of each of its motions to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Nor does anything in this stipulation seek to change the briefing schedule already stipulated to by the Parties at ECF No. 16 and entered by the Court at ECF No. 17;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** to allow Plaintiff to file one single, combined Opposition to both of Doximity's Motions to Dismiss that shall not exceed 50 pages in length.

Dated: April 22, 2026                    Respectfully submitted,

By: /s/ *Frank S. Hedin*
Frank S. Hedin
HEDIN LLP
Attorney for Plaintiff

By: /s/ *J. Jonathan Hawk*
J. Jonathan Hawk
MCDERMOTT WILL & SCHULTE LLP
Attorney for Defendant

- 3 -

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Frank S. Hedin, attest that concurrence in the filing of this JOINT STIPULATION AND PROPOSED ORDER REGARDING PAGE LIMITS FOR PLAINTIFF'S OPPOSITION TO MOTIONS TO DISMISS has been obtained from the other signatory.

By: /s/ *Frank S. Hedin*
Frank S. Hedin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____

United States District Court Judge

- 4 -