J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Ari R. Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 1 310 277 4110
Facsimile: 1 310 277 4730

Attorneys for Defendant DOXIMITY, INC.

Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com
**HEDIN LLP**
1395 Brickell Ave., Suite 601
Miami, FL 33131-3302
Telephone: 1 305 357 2107

Attorney for Plaintiffs KELSEY THAYER, CHRIS BULAK, SAMIR ELABBADI, and DANNY MILLER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

KELSEY THAYER, CHRIS BULAK, SAMIR ELABBADI, and DANNY MILLER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DOXIMITY, INC.

Defendant.

CASE NO. 3:26-cv-01206-TLT

**JOINT STIPULATION TO EXTEND CASE DEADLINES**

Pursuant to Civil Local Rule 7-12, Plaintiffs Kelsey Thayer, Chris Bulak, Samir Elabbadi, and Danny Miller (collectively "Plaintiffs"), on the one hand, and Defendant Doximity, Inc. ("Doximity" or "Defendant"), on the other (each a "Party," and together, the "Parties"), by and through their respective attorneys of record, hereby stipulate, subject to the Court's approval, to modify the scheduling deadlines established in the Court's Case Management and Scheduling Order (ECF No. 32).

WHEREAS, on May 13, 2026, the Court entered a Case Management and Scheduling Order establishing deadlines through trial in this action (ECF No. 32);

WHEREAS, Plaintiff Thayer, by and through her counsel of record, contacted Doximity in August 2026, by and through its counsel of record, and asked if Doximity would oppose the filing of an amended complaint that would add, *inter alia*, three new named plaintiffs to this action;

WHEREAS, Doximity's counsel informed Plaintiff Thayer's counsel that it would not oppose such an amendment, and provided Defendant's written consent to such amendment, and the Parties agreed in concept to seek an amended case schedule in light of the anticipated expansion of the scope of the case;

WHEREAS, on September 10, 2026, Plaintiffs filed a First Amended Complaint adding three additional named plaintiffs (ECF No. 45);

WHEREAS, the addition of three new named Plaintiffs to a case that previously had only one will necessarily expand the scope of discovery in this action, including investigation, written discovery, document collection and review, deposition discovery, and class-related discovery;

WHEREAS, the newly added Plaintiffs will require Doximity to investigate and develop defenses specific to those plaintiffs and may impact the class certification record, expert discovery, dispositive motion practice, and trial preparation;

WHEREAS, the Parties have met and conferred regarding the effect of the amended pleading on the current case schedule and agree that additional time is necessary to complete discovery and prepare motions in an orderly and efficient manner;

WHEREAS, the requested extensions will facilitate the efficient administration of this case and permit the Parties to complete discovery concerning the newly added plaintiffs without

prejudicing any party;

WHEREAS, the requested relief is sought in good faith, is not sought for purposes of delay, and will not prejudice any party;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the Court's approval, that the deadlines set forth in the Court's Case Management and Scheduling Order (ECF No. 32) shall be modified as reflected in Exhibit A.

**IT IS SO STIPULATED.**

Dated: September 14, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: *<u>/s/ J. Jonathan Hawk</u>*
J. Jonathan Hawk
Attorney for Defendant DOXIMITY, INC.

**HEDIN LLP**

By: *<u>/s/ Frank S. Hedin</u>*
Frank S. Hedin
Attorney for Plaintiffs KELSEY THAYER, CHRIS BULAK, SAMIR ELABBADI, and DANNY MILLER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________________

______________________________
TRINA L. THOMPSON
United States District Court Judge

**EXHIBIT A: Proposed Amended Schedule**

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Last Day to Amend Pleadings | September 18, 2026 | September 18, 2026 (unchanged) |
| Deadline to Respond to Amended Complaint | September 24, 2026 | October 9, 2026 |
| Case Management Conference | November 12, 2026 | November 12, 2026 (unchanged) |
| ADR Completion Date | March 5, 2027 | March 5, 2027 (unchanged) |
| Fact Discovery Cut-Off | January 29, 2027 | May 28, 2027 |
| Motion for Class Certification Filing | April 30, 2027 | August 27, 2027 |
| Opposition to Class Certification Motion | June 4, 2027 | September 1, 2027 |
| Case Management Conference | September 9, 2027 | September 9, 2027 (unchanged) |
| Reply in Support of Class Certification Motion | June 25, 2027 | October 29, 2027 |
| Class Certification Hearing | July 20, 2027, 2:00 p.m. (in person) | November 30, 2027, 2:00 pm (in person) |
| Merit Fact Discovery Cut-Off | August 17, 2027 | December 17, 2027 |
| Opening Expert Reports | September 14, 2027 | January 14, 2028 |
| Rebuttal Expert Reports | October 12, 2027 | February 11, 2028 |
| Expert Discovery Cut-Off | November 9, 2027 | March 10, 2028 |
| Dispositive Motions Filing | November 23, 2027 | March 28, 2028 |

| Deadline | | |
|---|---|---|
| Dispositive Motion Hearing | January 4, 2028, 2:00 p.m. | May 9, 2028 |
| Joint Pretrial Statement | March 2, 2028 | July 6, 2028 |
| Final Pretrial Conference | April 6, 2028 | August 10, 2028 |
| Trial | May 22, 2028 | September 25, 2028, or as soon thereafter as the Court can accommodate |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, J. Jonathan Hawk, attest that concurrence in the filing of this JOINT STIPULATION TO EXTEND CASE DEADLINES has been obtained from the other signatory.

By: */s/ J. Jonathan Hawk*
J. Jonathan Hawk